UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 05-CR-14042-MARTINEZ**

UNITED STATES OF AMERICA

v.

JOHN HENRY ALEXANDER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBER 1

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("the Petition") filed by the United States Probation Office **[ECF No. 84]** on March 19, 2024.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on October 17, 2024 **[ECF No. 98]**. A Report and Recommendation was filed on October 22, 2024, recommending that the Defendant's admission of guilt as to Violation 1 of the Petition be accepted **[ECF No. 99]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 99]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violation 1 of the Petition. Violation 1 charges Defendant with violating his supervision by failing to refrain from violation of the law on or about August 31, 2022, in Highlands County, Florida, when the Defendant committed the offense of Distribution of a Controlled Substance, contrary to Federal Statute 21 U.S.C. § 841(a)(1). Therefore, Defendant has been found to violate one of the mandatory conditions of his supervised

release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Monday, March 10, 2025, at 11:00 a.m.**, before the Honorable District Judge Jose E. Martinez at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 6 day of November, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office